IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOMINIQUE TREYMAINE GULLEY,

    Plaintiff,

v.

TIMOTHY HAINES, *et al.*

    Defendants.

ORDER

13-cv-678-wmc

State inmate Dominique Treymaine Gulley filed a proposed civil action pursuant to 42 U.S.C. § 1983, alleging deliberate indifference to his mental health needs. Noting Gulley's subsequent transfer to the Wisconsin Resource Center in Winnebago, the court denied his request for leave to proceed with claims for injunctive relief and directed Gulley to clarify whether his remaining allegations presented an actionable controversy. Gulley was also instructed to confirm whether he had exhausted administrative remedies with respect to all of his claims. To date, Gulley has not submitted a revised complaint as directed and his deadline to do so expired on January 13, 2014.

Gulley was admonished that his failure to submit a revised complaint would result in dismissal pursuant to Fed. R. Civ. P. 41(b) without further notice. Because Gulley has not complied as directed, this case will now be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

Entered this 22nd day of January, 2014.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge