IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOMINIQUE TREYMAINE GULLEY,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

v.	Case No. 13-cv-678-wmc

TIMOTHY HAINES, JEROME SWEENEY
and DAVID GARDNER,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.


| /s/ | 1/22/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |